UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:17-cr-46 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| RONNIE GOINS ) | |
| ) | Magistrate Judge Susan K. Lee |
| ) | |

**ORDER**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to Count One; (2) accept Defendant's guilty plea as to Count One; (3) adjudicate the Defendant guilty of Count One; (4) order Defendant released on bond under appropriate conditions of release until sentencing in this matter. (Doc. 17.) Neither party filed a timely objection to the report and recommendation.

After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 17) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count One of the Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count One; and

4. Defendant **SHALL REMAIN** on bond under appropriate conditions of release in this matter, which is scheduled to take place on **October 6, 2017 at 2:00 p.m. [EASTERN]** before the undersigned.

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**